UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **AAR AIRLIFT GROUP, INC.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES TRANSPORTATION** )<br>**COMMAND,** )<br>)<br>Defendant. )<br>) | Civil Case No. 15-00373 (RDM) |

## ORDER

Upon consideration of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction, and the entire record herein, and in light of the fact that the parties have consented to issuance of a preliminary injunction to permit time for briefing and consideration of the merits of the case, it is by the Court this 19th day of March, 2015:

**ORDERED** that the requirements of Local Civil Rule 7(n) concerning an administrative record and appendix are waived due to the fact that the documents that would comprise all or the vast majority of the administrative record are already attached as exhibits to Plaintiff's Complaint and Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction, with the understanding that the parties shall submit any additional

documents required for the Court to render its decision together with the parties' motions for summary judgment;

**ORDERED** that Defendant is hereby enjoined from publicly releasing the contract awarded by Defendant to Plaintiff, designated contract number HTC711-14-D-026, and all other related documents and memoranda within the scope of FOIA request 14-34 from Ms. Rose Santos of the FOIA Group, until otherwise ordered by the Court or until December 16, 2015;

**ORDERED** that, prior to the expiration of the injunction on December 16, 2015, Plaintiff may seek, and Defendant may oppose, an extension of this injunction;

**ORDERED** that Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction is **DENIED** as moot; and

**ORDERED** that the deadline for Defendant to file an answer to Plaintiff's complaint is stayed pending resolution of the parties' motions for summary judgment.

It is **SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  March 19, 2015