| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30 | 1. REQUISITION NUMBER | | | PAGE 1 OF   40 |
|---|---|---|---|---|

| 2. CONTRACT NO. HTC711-14-D-R026 | 3. AWARD/EFFECTIVE DATE 27-Nov-2013 | 4. ORDER NUMBER | 5. SOLICITATION NUMBER HTC711-13-R-R016 | 6. SOLICITATION ISSUE DATE 06-Sep-2013 |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME EMILY S. TIFT | b. TELEPHONE NUMBER *(No Collect Calls)* 618-220-7139 | 8. OFFER DUE DATE/LOCAL TIME 12:00 PM 07 Oct 2013 |
|---|---|---|---|

| 9. ISSUED BY                                    CODE | HTC711 | 10. THIS ACQUISITION IS | 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED | 12. DISCOUNT TERMS Net 30 Days |
|---|---|---|---|---|

USTRANSCOM-AQ - HTC711
508 SCOTT DR
SCOTT AFB IL 62225-5357

10. THIS ACQUISITION IS
[X] UNRESTRICTED
[ ] SET ASIDE:        % FOR
[ ] SB
[ ] HUBZONE SB
[ ] 8(A)
[ ] SVC-DISABLED VET-OWNED SB
[ ] EMERGING SB
SIZE STD:        NAICS: 481211

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION
[ ] RFQ     [ ] IFB     [X] RFP

TEL:  CONTACT BUYER
FAX:  CONTACT BUYER

| 15. DELIVER TO                         CODE | W800P5 | 16. ADMINISTERED BY                          CODE | |
|---|---|---|---|

0000 HQ HHB USARAF/SETAF
MONICA DEVORE
UNIT 31401 BOX 56
APO AE 09630

**SEE ITEM 9**

| 17a. CONTRACTOR/OFFEROR          CODE | 1WVA5 | 18a. PAYMENT WILL BE MADE BY          CODE | HQ0339 |
|---|---|---|---|

AAR AIRLIFT GROUP, INC.
TIM CHILDREY
2301 COMMERCE PARK DR NE
PALM BAY FL 32905-2698

FACILITY CODE

TEL: 252-435-0729

DFAS COLUMBUS CENTER - HQ0339
WEST ENTITLEMENTS OPERATIONS
PO BOX 182381
COLUMBUS OH 43218-2381

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED   [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) |
|---|---|

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3, 52.212-5 ARE ATTACHED.   ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES
[ ] TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. AWARD OF CONTRACT: REFERENCE
[ ] OFFER DATED ___ . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA   (SIGNATURE OF CONTRACTING OFFICER) | 31c. DATE SIGNED |
|---|---|---|
| *James C. Thomas*  Digitally signed by J. Christian Thomas DN: cn=J. Christian Thomas, o, ou=AAR Airlift Group, Inc., email=christian.thomas@aarcorp.com, c=US Date: 2013.11.28 07:59:06 -05'00' | *David Stevens* | 27-Nov-2013 |

| 30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT) J. Christian Thomas  Director of Contracts | 30c. DATE SIGNED 28 Nov 2013 | 31b. NAME OF CONTRACTING OFFICER        (TYPE OR PRINT) DAVID W. STEVENS / CONTRACTING OFFICER  TEL: 618-220-7132        EMAIL: david.stevens@ustranscom.mil |
|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449  (REV 3/2005)
Prescribed by GSA
FAR (48 CFR) 53.212

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS (CONTINUED) | | | | | | PAGE 2 OF 40 |
|---|---|---|---|---|---|---|
| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |

**SEE SCHEDULE**

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | |
| | | 42b. RECEIVED AT *(Location)* |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449  (REV 3/2005)  BACK
Prescribed by GSA
FAR (48 CFR) 53.212

Section SF 1449 - CONTINUATION SHEET

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0001 | | 1,000 | Each | UNDEFINED | ▇▇▇▇ |
| | Post Award Conference | | | | |
| | COST | | | | |
| | Base Period, 26 Nov 13 - 3 Dec 13 | | | | |
| | | | | | |
| | FOB: Destination | | | | |
| | SIGNAL CODE: A | | | | |
| | | | | MAX COST | ▇▇▇▇ |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0002 | | 1 | Lot | ▇▇▇▇ | ▇▇▇▇ |
| | Mobilization | | | | |
| | FFP | | | | |
| | Base Period, 26 Nov 13 - 27 Dec 13 | | | | |
| | | | | | |
| | FOB: Destination | | | | |
| | SIGNAL CODE: A | | | | |
| | | | | MAX NET AMT | ▇▇▇▇ |

HTC711-14-D-R026

Page 4 of 40

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0003    | | 7 | Lot | �b████ | ████ |

Monthly Fixed Operation Costs
FFP
Base Period, 28 Dec 13 - 27 July 14
FOB: Destination
SIGNAL CODE: A

MAX
NET AMT                                                ████

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0004    | | 1,575 | Hours | ████ | ████ |

Regular Flying Hours
FFP
Base Period, 28 Dec 13 - 27 July 14
FOB: Destination
SIGNAL CODE: A

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0005 | | 200 | Hours | ▆▆▆ | ▆▆▆ |

Surge Flying Hours
FFP
Base Period, 28 Dec 13 - 27 July 14
FOB: Destination
SIGNAL CODE: A

| | | | | MAX NET AMT | ▆▆▆ |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0006 | | 1 | Fuel Usage | ▆▆▆ | ▆▆▆ |

Fuel EPA Reimbursable
FP-EPA
Base Period, 28 Dec 13 - 27 July 14
FOB: Destination
SIGNAL CODE: A

MAX NET AMT   ▆▆▆

HTC711-14-D-R026

Page 6 of 40

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0007 | | 1,166,669 | Each | UNDEFINED | ▬▬▬ |

Reimbursables
COST
Base Period, 28 Dec 13 – 27 July 14.

FOB: Destination
SIGNAL CODE: A

| | | | | MAX COST | ▬▬▬ |
|---|---|---|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0008 | | 3 | Lot | ▬▬▬ | ▬▬▬ |

Monthly Fixed Operation Costs
FFP
First Task Order, 28 July 14 - 27 Oct 14
FOB: Destination
SIGNAL CODE: A

| | | | | MAX NET AMT | ▬▬▬ |
|---|---|---|---|---|---|

HTC711-14-D-R026

Page 7 of 40

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0009 | | 675 | Hours | ██████ | ██████ |

Regular Flying Hours
FFP
First Task Order, 28 July 14 - 27 Oct 14
FOB: Destination
SIGNAL CODE: A

|  |  |  |  | MAX NET AMT | _____ |
|--|--|--|--|-------------|----------------|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0010 | | 100 | Hours | ██████ | ██████ |

Surge Flying Hours
FFP
First Task Order, 28 July 14 - 27 Oct 14
FOB: Destination
SIGNAL CODE: A

|  |  |  |  | MAX NET AMT | ██████ |
|--|--|--|--|-------------|--------|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0011 | | 1 | Fuel Usage | ██████████ | ██████████ |

Fuel EPA Reimbursable
FP-EPA
First Task Order, 28 July 14 - 27 Oct 14
FOB: Destination
SIGNAL CODE: A

|  |  |  |  | MAX NET AMT | ██████████ |
|--|--|--|--|-------------|------------|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0012 | | 500,001 | Each | UNDEFINED | ██████████ |

Reimbursables
COST
First Task Order, 28 July 14 - 27 Oct 14
FOB: Destination
SIGNAL CODE: A

|  |  |  |  | MAX COST | ██████████ |
|--|--|--|--|----------|------------|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0013 | | 3 | Lot | ▬▬▬▬ | ▬▬▬▬ |

Monthly Fixed Operation Costs
FFP
Second Task Order, 28 Oct 14 - 27 Jan 15
FOB: Destination
SIGNAL CODE: A

MAX
NET AMT ▬▬▬▬

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0014 | | . 675 | Hours | ▬▬▬▬ | ▬▬▬▬ |

Regular Flying Hours
FFP
Second Task Order, 28 Oct 14 - 27 Jan 15
FOB: Destination
SIGNAL CODE: A

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0015 | | 100 | Hours | ▬▬▬ | ▬▬▬ |

Surge Flying Hours
FFP
Second Task Order, 28 Oct 14 - 27 Jan 15
FOB: Destination
SIGNAL CODE: A

|  |  |  |  | MAX NET AMT | ▬▬▬ |
|--|--|--|--|-------------|-----|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0016 | | 1 | Fuel Usage | ▬▬▬ | ▬▬▬ |

Fuel EPA Reimbursable
FP-EPA
Second Task Order, 28 Oct 14 - 27 Jan 15
FOB: Destination
SIGNAL CODE: A

|  |  |  |  | MAX NET AMT | ▬▬▬ |
|--|--|--|--|-------------|-----|

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0017 | | 500,001 | Each | UNDEFINED | ▬▬▬▬ |

Reimbursables
COST
Second Task Order, 28 Oct 14 - 27 Jan 15
FOB: Destination
SIGNAL CODE: A

MAX COST ▬▬▬▬

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0018 | | 3 | Lot | ▬▬▬▬ | ▬▬▬▬ |

Monthly Fixed Operation Costs
FFP
Third Task Order, 28 Jan 15 - 27 Apr 15
FOB: Destination
SIGNAL CODE: A

MAX
NET AMT ▬▬▬▬

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0019 | | 675 | Hours | ▮▮▮▮ | ▮▮▮▮ |
| | Regular Flying Hours FFP Third Task Order, 28 Jan 15 - 27 Apr 15 FOB: Destination SIGNAL CODE: A | | | | |

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0020 | | 100 | Hours | ▮▮▮▮ | ▮▮▮▮ |
| | Surge Flying Hours FFP Third Task Order, 28 Jan 15 - 27 Apr 15 FOB: Destination SIGNAL CODE: A | | | | |

MAX
NET AMT        ▮▮▮▮

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0021 | | 1 | Fuel Usage | ▓▓▓ | ▓▓▓ |

Fuel EPA Reimbursable
FP-EPA
Third Task Order, 28 Jan 15 - 27 Apr 15
FOB: Destination
SIGNAL CODE: A

| | | | | MAX NET AMT | ▓▓▓ |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0022 | | 500,001 | Each | UNDEFINED | ▓▓▓ |

Reimbursables
COST
Third Optional Task Order, 28 Jan 15 - 27 Apr 15
FOB: Destination
SIGNAL CODE: A

| | | | | MAX COST | ▓▓▓ |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0023 | | 3 | Lot | ▮▮▮▮▮ | ▮▮▮▮▮ |

Monthly Fixed Operation Costs
FFP
Fourth Task Order, 28 Apr 15 - 27 July 15
FOB: Destination
SIGNAL CODE: A

MAX
NET AMT                                    ▮▮▮▮▮

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0024 | | 675 | Hours | ▮▮▮▮▮ | ▮▮▮▮▮ |

Regular Flying Hours
FFP
Fourth Task Order, 28 Apr 15 - 27 July 15
FOB: Destination
SIGNAL CODE: A

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0025 | | 100 | Hours | ███ | ███ |

Surge Flying Hours
FFP
Fourth Task Order, 28 Apr 15 - 27 July 15
FOB: Destination
SIGNAL CODE: A

MAX NET AMT ███

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0026 | | 1 | Fuel Usage | ███ | ███ |

Fuel EPA Reimbursable
FP-EPA
Fourth Task Order, 28 Apr 15 - 27 July 15
FOB: Destination
SIGNAL CODE: A

MAX NET AMT ███

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0027 | | 500,001 | Each | UNDEFINED | ▄▄▄▄▄ |

Reimbursables
COST
Fourth Task Order, 28 Apr 15 - 27 July 15
FOB: Destination
SIGNAL CODE: A

MAX COST ▄▄▄▄▄

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0028 | | 3 | Lot | ▄▄▄▄▄ | ▄▄▄▄▄ |

Monthly Fixed Operation Costs
FFP
Fifth Task Order, 28 July 15 - 27 Oct 15
FOB: Destination
SIGNAL CODE: A

MAX
NET AMT ▄▄▄▄▄

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0029 | | 675 | Hours | ▆▆▆▆▆ | ▆▆▆▆▆ |

Regular Flying Hours
FFP
Fifth Task Order,28 July 15 - 27 Oct 15
FOB: Destination
SIGNAL CODE: A

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0030 | | 100 | Hours | ▆▆▆▆▆ | ▆▆▆▆▆ |

Surge Flying Hours
FFP
Fifth Task Order,28 July 15 - 27 Oct 15
FOB: Destination
SIGNAL CODE: A

MAX
NET AMT                    ▆▆▆▆▆

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0031 | | 1 | Fuel Usage | ▉▉▉▉▉ | ▉▉▉▉▉ |

Fuel EPA Reimbursable
FP-EPA
Fifth Task Order,28 July 15 - 27 Oct 15
FOB: Destination
SIGNAL CODE: A

MAX NET AMT  ▉▉▉▉▉

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0032 | | 500,001 | Each | UNDEFINED | ▉▉▉▉▉ |

Reimbursables
COST
Fifth Task Order, 28 July 15 - 27 Oct 15
FOB: Destination
SIGNAL CODE: A

MAX COST  ▉▉▉▉▉

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0033 | | 1 | Lot |  | |
| | Demobilization | | | | |
| | FFP | | | | |
| | 28 Dec 13 - 27 Nov 15 | | | | |
| | FOB: Destination | | | | |
| | SIGNAL CODE: A | | | | |

MAX
NET AMT

## CONTRACT MINIMUM/MAXIMUM QUANTITY AND CONTRACT VALUE

The minimum quantity and contract value for all orders issued against this contract shall not be less than the minimum quantity and contract value stated in the following table. The maximum quantity and contract value for all orders issued against this contract shall not exceed the maximum quantity and contract value stated in the following table.

| MINIMUM QUANTITY | MINIMUM AMOUNT | MAXIMUM QUANTITY | MAXIMUM AMOUNT |
|------------------|----------------|------------------|----------------|
| | $1,000.00 | | $51,340,577.34 |

## DELIVERY/TASK ORDER MINIMUM/MAXIMUM QUANTITY AND ORDER VALUE

The minimum quantity and order value for each Delivery/Task Order issued shall not be less than the minimum quantity and order value stated in the following table. The maximum quantity and order value for each Delivery/Task Order issued shall not exceed the maximum quantity and order value stated in the following table.

| MINIMUM QUANTITY | MINIMUM AMOUNT | MAXIMUM QUANTITY | MAXIMUM AMOUNT |
|------------------|----------------|------------------|----------------|
| 1,000.00 | | 51,340,577.34 | |

## CLIN DELIVERY/TASK ORDER MINIMUM/MAXIMUM QUANTITY AND CLIN ORDER VALUE

The minimum quantity and order value for the given Delivery/Task Order issued for this CLIN shall not be less than the minimum quantity and order value stated in the following table. The maximum quantity and order value for the

given Delivery/Task Order issued for this CLIN shall not exceed the maximum quantity and order value stated in the following table.

| CLIN | MINIMUM QUANTITY | MINIMUM AMOUNT $ | MAXIMUM QUANTITY | MAXIMUM AMOUNT $ |
|------|------------------|------------------|------------------|------------------|
| 0001 | | $ | | $ |
| 0002 | | $ | | $ |
| 0003 | | $ | | $ |
| 0004 | | $ | | $ |
| 0005 | | $ | | $ |
| 0006 | | $ | | $ |
| 0007 | | $ | | $ |
| 0008 | | $ | | $ |
| 0009 | | $ | | $ |
| 0010 | | $ | | $ |
| 0011 | | $ | | $ |
| 0012 | | $ | | $ |
| 0013 | | $ | | $ |
| 0014 | | $ | | $ |
| 0015 | | $ | | $ |
| 0016 | | $ | | $ |
| 0017 | | $ | | $ |
| 0018 | | $ | | $ |
| 0019 | | $ | | $ |
| 0020 | | $ | | $ |
| 0021 | | $ | | $ |
| 0022 | | $ | | $ |
| 0023 | | $ | | $ |
| 0024 | | $ | | $ |

| | | | |
|---|---|---|---|
| 0025 | $ | | $ |
| 0026 | $ | | $ |
| 0027 | $ | | $ |
| 0028 | $ | | $ |
| 0029 | $ | | $ |
| 0030 | $ | | $ |
| 0031 | $ | | $ |
| 0032 | $ | | $ |
| 0033 | $ | | $ |

## INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | Destination | Government | Destination | Government |
| 0002 | Destination | Government | Destination | Government |
| 0003 | Destination | Government | Destination | Government |
| 0004 | Destination | Government | Destination | Government |
| 0005 | Destination | Government | Destination | Government |
| 0006 | Destination | Government | Destination | Government |
| 0007 | Destination | Government | Destination | Government |
| 0008 | Destination | Government | Destination | Government |
| 0009 | Destination | Government | Destination | Government |
| 0010 | Destination | Government | Destination | Government |
| 0011 | Destination | Government | Destination | Government |
| 0012 | Destination | Government | Destination | Government |
| 0013 | Destination | Government | Destination | Government |
| 0014 | Destination | Government | Destination | Government |
| 0015 | Destination | Government | Destination | Government |
| 0016 | Destination | Government | Destination | Government |
| 0017 | Destination | Government | Destination | Government |
| 0018 | Destination | Government | Destination | Government |
| 0019 | Destination | Government | Destination | Government |
| 0020 | Destination | Government | Destination | Government |
| 0021 | Destination | Government | Destination | Government |
| 0022 | Destination | Government | Destination | Government |
| 0023 | Destination | Government | Destination | Government |
| 0024 | Destination | Government | Destination | Government |
| 0025 | Destination | Government | Destination | Government |

| 0026 | Destination | Government | Destination | Government |
| 0027 | Destination | Government | Destination | Government |
| 0028 | Destination | Government | Destination | Government |
| 0029 | Destination | Government | Destination | Government |
| 0030 | Destination | Government | Destination | Government |
| 0031 | Destination | Government | Destination | Government |
| 0032 | Destination | Government | Destination | Government |
| 0033 | Destination | Government | Destination | Government |

## DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|------|---------------|----------|-----------------|-----|
| 0001 | POP 26-NOV-2013 TO 03-DEC-2013 | N/A | 0000 HQ HHB USARAF<br>MONICA DEVORE<br>UNIT 31401 BOX 56<br>APO AE 09630<br>DSN 314-634-5438<br>FOB: Destination | W800P5 |
| 0002 | POP 26-NOV-2013 TO 27-DEC-2013 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | W800P5 |
| 0003 | POP 28-DEC-2013 TO 27-JUL-2014 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | W800P5 |
| 0004 | POP 28-DEC-2013 TO 27-JUL-2014 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | W800P5 |
| 0005 | POP 28-DEC-2013 TO 27-JUL-2014 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | W800P5 |
| 0006 | POP 28-DEC-2013 TO 27-JUL-2014 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | W800P5 |
| 0007 | POP 28-DEC-2013 TO 27-JUL-2014 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | W800P5 |
| 0008 | POP 28-JUL-2014 TO 27-OCT-2014 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | W800P5 |
| 0009 | POP 28-JUL-2014 TO 27-OCT-2014 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | W800P5 |
| 0010 | POP 28-JUL-2014 TO 27-OCT-2014 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | W800P5 |
| 0011 | POP 28-JUL-2014 TO 27-OCT-2014 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | W800P5 |

| 0012 | POP 28-JUL-2014 TO 27-OCT-2014 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W800P5 |
|------|-------------------------------|-----|----------------------------------------------|--------|
| 0013 | POP 28-OCT-2014 TO 27-JAN-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W800P5 |
| 0014 | POP 28-OCT-2014 TO 27-JAN-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W800P5 |
| 0015 | POP 28-OCT-2014 TO 27-JAN-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W800P5 |
| 0016 | POP 28-OCT-2014 TO 27-JAN-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W800P5 |
| 0017 | POP 28-OCT-2014 TO 27-JAN-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W800P5 |
| 0018 | POP 28-JAN-2015 TO 27-APR-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W800P5 |
| 0019 | POP 28-JAN-2015 TO 27-APR-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W800P5 |
| 0020 | POP 28-JAN-2015 TO 27-APR-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W800P5 |
| 0021 | POP 28-JAN-2015 TO 27-APR-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W800P5 |
| 0022 | POP 28-JAN-2015 TO 27-APR-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W800P5 |
| 0023 | POP 28-APR-2015 TO 27-JUL-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W800P5 |
| 0024 | POP 28-APR-2015 TO 27-JUL-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W800P5 |
| 0025 | POP 28-APR-2015 TO 27-JUL-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W800P5 |
| 0026 | POP 28-APR-2015 TO 27-JUL-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W800P5 |
| 0027 | POP 28-APR-2015 TO 27-JUL-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W800P5 |
| 0028 | POP 28-JUL-2015 TO 27-OCT-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W800P5 |
| 0029 | POP 28-JUL-2015 TO 27-OCT-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W800P5 |

| 0030 | POP 28-JUL-2015 TO 27-OCT-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W800P5 |
| 0031 | POP 28-JUL-2015 TO 27-OCT-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W800P5 |
| 0032 | POP 28-JUL-2015 TO 27-OCT-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W800P5 |
| 0033 | POP 28-DEC-2013 TO 27-NOV-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | W800P5 |

CLAUSES INCORPORATED BY REFERENCE

| 52.203-3 | Gratuities | APR 1984 |
| 52.203-6 Alt I | Restrictions On Subcontractor Sales To The Government (Sep 2006) -- Alternate I | OCT 1995 |
| 52.203-13 | Contractor Code of Business Ethics and Conduct | APR 2010 |
| 52.204-10 | Reporting Executive Compensation and First-Tier Subcontract Awards | JUL 2013 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JUL 2013 |
| 52.209-10 | Prohibition on Contracting With Inverted Domestic Corporations | MAY 2012 |
| 52.212-4 | Contract Terms and Conditions--Commercial Items | JUL 2013 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | MAR 2007 |
| 52.222-35 | Equal Opportunity for Veterans | SEP 2010 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | OCT 2010 |
| 52.222-37 | Employment Reports on Veterans | SEP 2010 |
| 52.222-50 | Combating Trafficking in Persons | FEB 2009 |
| 52.222-50 Alt I | Combating Trafficking in Persons (Aug 2007) Alternate I | AUG 2007 |
| 52.223-18 | Encouraging Contractor Policies To Ban Text Messaging While Driving | AUG 2011 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | JUN 2008 |
| 52.228-3 | Worker's Compensation Insurance (Defense Base Act) | APR 1984 |
| 52.232-18 | Availability Of Funds | APR 1984 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.233-4 | Applicable Law for Breach of Contract Claim | OCT 2004 |
| 252.203-7000 | Requirements Relating to Compensation of Former DoD Officials | SEP 2011 |
| 252.203-7003 | Agency Office of the Inspector General | DEC 2012 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.225-7012 | Preference For Certain Domestic Commodities | FEB 2013 |
| 252.225-7039 | Contractors Performing Private Security Functions | JUN 2013 |
| 252.232-7003 | Electronic Submission of Payment Requests and Receiving Reports | JUN 2012 |
| 252.232-7010 | Levies on Contract Payments | DEC 2006 |

| 252.237-7010 | Prohibition on Interrogation of Detainees by Contractor Personnel | JUN 2013 |
| 252.243-7002 | Requests for Equitable Adjustment | DEC 2012 |

CLAUSES INCORPORATED BY FULL TEXT

52.209-9 UPDATES OF PUBLICLY AVAILABLE INFORMATION REGARDING RESPONSIBILITY MATTERS (JULY 2013)

(a) The Contractor shall update the information in the Federal Awardee Performance and Integrity Information System (FAPIIS) on a semi-annual basis, throughout the life of the contract, by posting the required information in the System for Award Management database via https://www.acquisition.gov.

(b) As required by section 3010 of the Supplemental Appropriations Act, 2010 (Pub. L. 111-212), all information posted in FAPIIS on or after April 15, 2011, except past performance reviews, will be publicly available. FAPIIS consists of two segments--

(1) The non-public segment, into which Government officials and the Contractor post information, which can only be viewed by--

(i) Government personnel and authorized users performing business on behalf of the Government; or

(ii) The Contractor, when viewing data on itself; and

(2) The publicly-available segment, to which all data in the non-public segment of FAPIIS is automatically transferred after a waiting period of 14 calendar days, except for--

(i) Past performance reviews required by subpart 42.15;

(ii) Information that was entered prior to April 15, 2011; or

(iii) Information that is withdrawn during the 14-calendar-day waiting period by the Government official who posted it in accordance with paragraph (c)(1) of this clause.

(c) The Contractor will receive notification when the Government posts new information to the Contractor's record.

(1) If the Contractor asserts in writing within 7 calendar days, to the Government official who posted the information, that some of the information posted to the non-public segment of FAPIIS is covered by a disclosure exemption under the Freedom of Information Act, the Government official who posted the information must within 7 calendar days remove the posting from FAPIIS and resolve the issue in accordance with agency Freedom of Information procedures, prior to reposting the releasable information. The contractor must cite 52.209-9 and request removal within 7 calendar days of the posting to FAPIIS.

(2) The Contractor will also have an opportunity to post comments regarding information that has been posted by the Government. The comments will be retained as long as the associated information is retained, i.e., for a total period of 6 years. Contractor comments will remain a part of the record unless the Contractor revises them.

(3) As required by section 3010 of Pub. L. 111-212, all information posted in FAPIIS on or after April 15, 2011, except past performance reviews, will be publicly available.

(d) Public requests for system information posted prior to April 15, 2011, will be handled under Freedom of Information Act procedures, including, where appropriate, procedures promulgated under E.O. 12600.

(End of clause)

52.212-5    CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR
EXECUTIVE ORDERS--COMMERCIAL ITEMS (SEP 2013) (DEVIATION)

(a) Comptroller General Examination of Record.  The Contractor shall comply with the provisions of this paragraph
(a) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and
does not contain the clause at 52.215-2, Audit and Records-Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall
have access to and right to examine any of the Contractor's directly pertinent records involving transactions related
to this contract.

(2) The Contractor shall make available at its offices at all reasonable times, the records, materials, and other
evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any
shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If
this contract is completely or partially terminated, the records relating to the work terminated shall be made
available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes
clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available
until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data,
regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that
the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(b)(1) Notwithstanding the requirements of any other clause in this contract, the Contractor is not required to flow
down any FAR clause, other than those in this paragraph (b)(i) in a subcontract for commercial items. Unless
otherwise indicated below, the extent of the flow down shall be as required by the clause-

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (APR 2010) (Pub. L. 110-252, Title VI, Chapter 1
(41 U.S.C. 251 note).

(ii) 52.219-8, Utilization of Small Business Concerns (Jul 2013) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts
that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns)
exceeds $650,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in
lower tier subcontracts that offer subcontracting opportunities.

(iii) Reserved.

(iv) 52.222-26, Equal Opportunity (MAR 2007) (E.O. 11246).

(v) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible
Veterans (SEP 2006) (38 U.S.C. 4212).

(vi) 52.222-36, Affirmative Action for Workers with Disabilities (JUN 1998) (29 U.S.C. 793).

(vii) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O.
13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(viii) 52.222-41, Service Contract Act of 1965 (Nov 2007) (41 U.S.C. 351, et seq.).

(ix) 52.222-50, Combating Trafficking in Persons (FEB 2009) (22 U.S.C. 7104(g)).

___ Alternate I (AUG 2007) of 52.222-50 (22 U.S.C. 7104(g)).

(x) 52.222-51, Exemption from Application of the Service Contract Act to Contracts for Maintenance, Calibration, or Repair of Certain Equipment--Requirements (Nov 2007) (41 U.S.C. 351, et seq.).

(xi) 52.222-53, Exemption from Application of the Service Contract Act to Contracts for Certain Services--Requirements (FEB 2009) (41 U.S.C. 351, et seq.).

(xii) 52.222-54, Employment Eligibility Verification (JUL 2012).

(xiii) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations. (MAR 2009) (Pub. L. 110-247). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xiv) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. Appx 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

52.216-18    ORDERING. (OCT 1995)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from 26 Nov 13 through 25 Nov 15.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

(End of clause)

52.216-19    ORDER LIMITATIONS.  (OCT 1995)

(a) Minimum order.  When the Government requires supplies or services covered by this contract in an amount of less than 2,500 the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order.  The Contractor is not obligated to honor:

(1) Any order for a single item in excess of 2 aircraft;

(2) Any order for a combination of items in excess of 2 aircraft; or

(3) A series of orders from the same ordering office within 30 days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 1 day after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

(End of clause)

52.216-22    INDEFINITE QUANTITY.  (OCT 1995)

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum". The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum".

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after 25 May 16.

(End of clause)

52.217-8    OPTION TO EXTEND SERVICES (NOV 1999)

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 15 calendar days.

(End of clause)

252.225-7040  CONTRACTOR PERSONNEL AUTHORIZED TO ACCOMPANY U.S. ARMED FORCES DEPLOYED OUTSIDE THE UNITED STATES (FEB 2013)

(a) Definitions. As used in this clause--Combatant Commander means the commander of a unified or specified combatant command established in accordance with 10 U.S.C. 161.

Designated operational area means a geographic area designated by the combatant commander or subordinate joint force commander for the conduct or support of specified military operations.

Law of war means that part of international law that regulates the conduct of armed hostilities. The law of war encompasses all international law for the conduct of hostilities binding on the United States or its individual citizens, including treaties and international agreements to which the United States is a party, and applicable customary international law.

Subordinate joint force commander means a sub-unified commander or joint task force commander.

(b) General.

(1) This clause applies when Contractor personnel are authorized to accompany U.S. Armed Forces deployed outside the United States in--

(i) Contingency operations;

(ii) Humanitarian or peacekeeping operations; or

(iii) Other military operations or military exercises, when designated by the Combatant Commander.

(2) Contract performance in support of U.S. Armed Forces deployed outside the United States may require work in dangerous or austere conditions. Except as otherwise provided in the contract, the Contractor accepts the risks associated with required contract performance in such operations.

(3) Contractor personnel are civilians accompanying the U.S. Armed Forces.

(i) Except as provided in paragraph (b)(3)(ii) of this clause, Contractor personnel are only authorized to use deadly force in self-defense.

(ii) Contractor personnel performing security functions are also authorized to use deadly force when such force reasonably appears necessary to execute their security mission to protect assets/persons, consistent with the terms and conditions contained in their contract or with their job description and terms of employment.

(iii) Unless immune from host nation jurisdiction by virtue of an international agreement or international law, inappropriate use of force by contractor personnel authorized to accompany the U.S. Armed Forces can subject such personnel to United States or host nation prosecution and civil liability (see paragraphs (d) and (j)(3) of this clause).

(4) Service performed by Contractor personnel subject to this clause is not active duty or service under 38 U.S.C. 106 note.

(c) Support. (1)(i) The Combatant Commander will develop a security plan for protection of Contractor personnel in locations where there is not sufficient or legitimate civil authority, when the Combatant Commander decides it is in the interests of the Government to provide security because--

(A) The Contractor cannot obtain effective security services;

(B) Effective security services are unavailable at a reasonable cost; or

(C) Threat conditions necessitate security through military means.

(ii) The Contracting Officer shall include in the contract the level of protection to be provided to Contractor personnel.

(iii) In appropriate cases, the Combatant Commander may provide security through military means, commensurate with the level of security provided DoD civilians.

(2)(i) Generally, all Contractor personnel authorized to accompany the U.S. Armed Forces in the designated operational area are authorized to receive resuscitative care, stabilization, hospitalization at level III military treatment facilities, and assistance with patient movement in emergencies where loss of life, limb, or eyesight could occur. Hospitalization will be limited to stabilization and short-term medical treatment with an emphasis on return to duty or placement in the patient movement system.

(ii) When the Government provides medical treatment or transportation of Contractor personnel to a selected civilian facility, the Contractor shall ensure that the Government is reimbursed for any costs associated with such treatment or transportation.

(iii) Medical or dental care beyond this standard is not authorized unless specified elsewhere in this contract.

(3) Unless specified elsewhere in this contract, the Contractor is responsible for all other support required for its personnel engaged in the designated operational area under this contract.

(4) Contractor personnel must have a Synchronized Predeployment and Operational Tracker (SPOT)-generated letter of authorization signed by the Contracting Officer in order to process through a deployment center or to travel to, from, or within the designated operational area. The letter of authorization also will identify any additional authorizations, privileges, or Government support that Contractor personnel are entitled to under this contract.

(d) Compliance with laws and regulations. (1) The Contractor shall comply with, and shall ensure that its personnel authorized to accompany U.S. Armed Forces deployed outside the United States as specified in paragraph (b)(1) of this clause are familiar with and comply with, all applicable--

(i) United States, host country, and third country national laws;

(ii) Provisions of the law of war, as well as any other applicable treaties and international agreements;

(iii) United States regulations, directives, instructions, policies, and procedures; and

(iv) Orders, directives, and instructions issued by the Combatant Commander, including those relating to force protection, security, health, safety, or relations and interaction with local nationals.

(2) The Contractor shall institute and implement an effective program to prevent violations of the law of war by its employees and subcontractors, including law of war training in accordance with paragraph (e)(1)(vii) of this clause.

(3) The Contractor shall ensure that contractor employees accompanying U.S. Armed Forces are aware--

(i) Of the DoD definition of ``sexual assault'' in DoDD 6495.01, Sexual Assault Prevention and Response Program;

(ii) That many of the offenses addressed by the definition are covered under the Uniform Code of Military Justice (see paragraph (e)(2)(iv) of this clause). Other sexual misconduct may constitute offenses under the Uniform Code of Military Justice, Federal law, such as the Military Extraterritorial Jurisdiction Act, or host nation laws;

(iii) That the offenses not covered by the Uniform Code of Military Justice may nevertheless have consequences to the contractor employees (see paragraph (h)(1) of this clause).

(4) The Contractor shall report to the appropriate investigative authorities, identified in paragraph (d)(6) of this clause, any alleged offenses under—

(i) The Uniform Code of Military Justice (chapter 47 of title 10, United States Code) (applicable to contractors serving with or accompanying an armed force in the field during a declared war or contingency operations); or

(ii) The Military Extraterritorial Jurisdiction Act (chapter 212 of title 18, United States Code).

(5) The Contractor shall provide to all contractor personnel who will perform work on a contract in the deployed area, before beginning such work, information on the following:

(i) How and where to report an alleged crime described in paragraph (d)(4) of this clause.

(ii) Where to seek victim and witness protection and assistance available to contractor personnel in connection with an alleged offense described in paragraph (d)(4) of this clause.

(6) The appropriate investigative authorities to which suspected crimes shall be reported include the following—

(i) US Army Criminal Investigation Command at http://www.cid.army.mil/reportacrime.html;

(ii) Air Force Office of Special Investigations at http://www.osi.andrews.af.mil/library/factsheets/factsheet.asp?id=14522;

(iii) Navy Criminal Investigative Service at http://www.ncis.navy.mil/Pages/publicdefault.aspx;

(iv) Defense Criminal Investigative Service at http://www.dodig.mil/HOTLINE/index.html;

(v) To any command of any supported military element or the command of any base.

(7) Personnel seeking whistleblower protection from reprisals for reporting criminal acts shall seek guidance through the DoD Inspector General hotline at 800-424-9098 or www.dodig.mil/HOTLINE/index.html. Personnel seeking other forms of victim or witness protections should contact the nearest military law enforcement office

(e) Pre-deployment requirements.

(1) The Contractor shall ensure that the following requirements are met prior to deploying personnel authorized to accompany U.S. Armed Forces. Specific requirements for each category may be specified in the statement of work or elsewhere in the contract.

(i) All required security and background checks are complete and acceptable.

(ii) All deploying personnel meet the minimum medical screening requirements and have received all required immunizations as specified in the contract. The Government will provide, at no cost to the Contractor, any theater-specific immunizations and/or medications not available to the general public.

(iii) Deploying personnel have all necessary passports, visas, and other documents required to enter and exit a designated operational area and have a Geneva Conventions identification card, or other appropriate DoD identity credential, from the deployment center. Any Common Access Card issued to deploying personnel shall contain the access permissions allowed by the letter of authorization issued in accordance with paragraph (c)(4) of this clause.

(iv) Special area, country, and theater clearance is obtained for personnel. Clearance requirements are in DoD Directive 4500.54, Official Temporary Duty Abroad, and DoD 4500.54-G, DoD Foreign Clearance Guide. Contractor personnel are considered non-DoD personnel traveling under DoD sponsorship.

(v) All personnel have received personal security training. At a minimum, the training shall--

(A) Cover safety and security issues facing employees overseas;

(B) Identify safety and security contingency planning activities; and

(C) Identify ways to utilize safety and security personnel and other resources appropriately.

(vi) All personnel have received isolated personnel training, if specified in the contract, in accordance with DoD Instruction 1300.23, Isolated Personnel Training for DoD Civilian and Contractors.

(vii) Personnel have received law of war training as follows:

(A) Basic training is required for all Contractor personnel authorized to accompany U.S. Armed Forces deployed outside the United States. The basic training will be provided through--

(1) A military-run training center; or

(2) A Web-based source, if specified in the contract or approved by the Contracting Officer.

(B) Advanced training, commensurate with their duties and responsibilities, may be required for some Contractor personnel as specified in the contract.

(2) The Contractor shall notify all personnel who are not a host country national, or who are not ordinarily resident in the host country, that--

(i) Such employees, and dependents residing with such employees, who engage in conduct outside the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, may potentially be subject to the criminal jurisdiction of the United States in accordance with the Military Extraterritorial Jurisdiction Act of 2000 (18 U.S.C. 3621, et seq.);

(ii) Pursuant to the War Crimes Act (18 U.S.C. 2441), Federal criminal jurisdiction also extends to conduct that is determined to constitute a war crime when committed by a civilian national of the United States;

(iii) Other laws may provide for prosecution of U.S. nationals who commit offenses on the premises of U.S. diplomatic, consular, military or other U.S. Government missions outside the United States (18 U.S.C. 7(9)); and

(iv) In time of declared war or a contingency operation, Contractor personnel authorized to accompany U.S. Armed Forces in the field are subject to the jurisdiction of the Uniform Code of Military Justice under 10 U.S.C. 802(a)(10).

(f) Processing and departure points. Deployed Contractor personnel shall--

(1) Process through the deployment center designated in the contract, or as otherwise directed by the Contracting Officer, prior to deploying. The deployment center will conduct deployment processing to ensure visibility and accountability of Contractor personnel and to ensure that all deployment requirements are met, including the requirements specified in paragraph (e)(1) of this clause;

(2) Use the point of departure and transportation mode directed by the Contracting Officer; and

(3) Process through a Joint Reception Center (JRC) upon arrival at the deployed location. The JRC will validate personnel accountability, ensure that specific designated operational area entrance requirements are met, and brief Contractor personnel on theater-specific policies and procedures.

(g) Personnel data.

(1) The Contractor shall enter before deployment and maintain data for all Contractor personnel that are authorized to accompany U.S. Armed Forces deployed outside the United States as specified in paragraph (b)(1) of this clause. The Contractor shall use the Synchronized Predeployment and Operational Tracker (SPOT) web-based system, at http://www.dod.mil/bta/products/spot.html, to enter and maintain the data.

(2) The Contractor shall ensure that all employees in the database have a current DD Form 93, Record of Emergency Data Card, on file with both the Contractor and the designated Government official. The Contracting Officer will inform the Contractor of the Government official designated to receive this data card.

(h) Contractor personnel.

(1) The Contracting Officer may direct the Contractor, at its own expense, to remove and replace any Contractor personnel who jeopardize or interfere with mission accomplishment or who fail to comply with or violate applicable requirements of this contract. Such action may be taken at the Government's discretion without prejudice to its rights under any other provision of this contract, including the Termination for Default clause.

(2) The Contractor shall have a plan on file showing how the Contractor would replace employees who are unavailable for deployment or who need to be replaced during deployment. The Contractor shall keep this plan current and shall provide a copy to the Contracting Officer upon request. The plan shall--

(i) Identify all personnel who are subject to military mobilization;

(ii) Detail how the position would be filled if the individual were mobilized; and

(iii) Identify all personnel who occupy a position that the Contracting Officer has designated as mission essential.

(3) Contractor personnel shall report to the Combatant Commander or a designee, or through other channels such as the military police, a judge advocate, or an inspector general, any suspected or alleged conduct for which there is credible information that such conduct--

(i) Constitutes violation of the law of war; or

(ii) Occurred during any other military operations and would constitute a violation of the law of war if it occurred during an armed conflict.

(i) Military clothing and protective equipment.

(1) Contractor personnel are prohibited from wearing military clothing unless specifically authorized in writing by the Combatant Commander. If authorized to wear military clothing, Contractor personnel must--

(i) Wear distinctive patches, arm bands, nametags, or headgear, in order to be distinguishable from military personnel, consistent with force protection measures; and

(ii) Carry the written authorization with them at all times.

(2) Contractor personnel may wear military-unique organizational clothing and individual equipment (OCIE) required for safety and security, such as ballistic, nuclear, biological, or chemical protective equipment.

(3) The deployment center, or the Combatant Commander, shall issue OCIE and shall provide training, if necessary, to ensure the safety and security of Contractor personnel.

(4) The Contractor shall ensure that all issued OCIE is returned to the point of issue, unless otherwise directed by the Contracting Officer.

(j) Weapons.

 (1) If the Contractor requests that its personnel performing in the designated operational area be authorized to carry weapons, the request shall be made through the Contracting Officer to the Combatant Commander, in accordance with DoD Instruction 3020.41, paragraph 6.3.4.1 or, if the contract is for security services, paragraph 6.3.5.3. The Combatant Commander will determine whether to authorize in-theater Contractor personnel to carry weapons and what weapons and ammunition will be allowed.

(2) If the Contracting Officer, subject to the approval of the Combatant Commander, authorizes the carrying of weapons--

(i) The Contracting Officer may authorize the Contractor to issue Contractor-owned weapons and ammunition to specified employees; or

(ii) The COR may issue Government-furnished weapons and ammunition to the Contractor for issuance to specified Contractor employees.

(3) The Contractor shall ensure that its personnel who are authorized to carry weapons--

(i) Are adequately trained to carry and use them--

(A) Safely;

(B) With full understanding of, and adherence to, the rules of the use of force issued by the Combatant Commander; and

(C) In compliance with applicable agency policies, agreements, rules, regulations, and other applicable law;

(ii) Are not barred from possession of a firearm by 18 U.S.C. 922; and

(iii) Adhere to all guidance and orders issued by the Combatant Commander regarding possession, use, safety, and accountability of weapons and ammunition.

(4) Whether or not weapons are Government-furnished, all liability for the use of any weapon by Contractor personnel rests solely with the Contractor and the Contractor employee using such weapon.

(5) Upon redeployment or revocation by the Combatant Commander of the Contractor's authorization to issue firearms, the Contractor shall ensure that all Government-issued weapons and unexpended ammunition are returned as directed by the Contracting Officer.

(k) Vehicle or equipment licenses. Contractor personnel shall possess the required licenses to operate all vehicles or equipment necessary to perform the contract in the designated operational area.

(l) Purchase of scarce goods and services. If the Combatant Commander has established an organization for the designated operational area whose function is to determine that certain items are scarce goods or services, the

Contractor shall coordinate with that organization local purchases of goods and services designated as scarce, in accordance with instructions provided by the Contracting Officer.

(m) Evacuation.

(1) If the Combatant Commander orders a mandatory evacuation of some or all personnel, the Government will provide assistance, to the extent available, to United States and third country national Contractor personnel.

(2) In the event of a non-mandatory evacuation order, unless authorized in writing by the Contracting Officer, the Contractor shall maintain personnel on location sufficient to meet obligations under this contract.

(n) Next of kin notification and personnel recovery.

(1) The Contractor shall be responsible for notification of the employee-designated next of kin in the event an employee dies, requires evacuation due to an injury, or is isolated, missing, detained, captured, or abducted.

(2) In the case of isolated, missing, detained, captured, or abducted Contractor personnel, the Government will assist in personnel recovery actions in accordance with DoD Directive 3002.01E, Personnel Recovery in the Department of Defense.

(o) Mortuary affairs. Mortuary affairs for Contractor personnel who die while accompanying the U.S. Armed Forces will be handled in accordance with DoD Directive 1300.22, Mortuary Affairs Policy.

(p) Changes. In addition to the changes otherwise authorized by the Changes clause of this contract, the Contracting Officer may, at any time, by written order identified as a change order, make changes in the place of performance or Government-furnished facilities, equipment, material, services, or site. Any change order issued in accordance with this paragraph (p) shall be subject to the provisions of the Changes clause of this contract.

(q) Subcontracts. The Contractor shall incorporate the substance of this clause, including this paragraph (q), in all subcontracts when subcontractor personnel are authorized to accompany U.S. Armed Forces deployed outside the United States in--

(1) Contingency operations;

(2) Humanitarian or peacekeeping operations; or

(3) Other military operations or military exercises, when designated by the Combatant Commander.

(End of clause)

252.225-7043    ANTITERRORISM/FORCE PROTECTION POLICY FOR DEFENSE CONTRACTORS OUTSIDE THE UNITED STATES (MAR 2006)

(a) Definition. United States, as used in this clause, means the 50 States, the District of Columbia, and outlying areas.

(b) Except as provided in paragraph (c) of this clause, the Contractor and its subcontractors, if performing or traveling outside the United States under this contract, shall--

(1) Affiliate with the Overseas Security Advisory Council, if the Contractor or subcontractor is a U.S. entity;

(2) Ensure that Contractor and subcontractor personnel who are U.S. nationals and are in-country on a non-transitory basis, register with the U.S. Embassy, and that Contractor and subcontractor personnel who are third country nationals comply with any security related requirements of the Embassy of their nationality;

(3) Provide, to Contractor and subcontractor personnel, antiterrorism/force protection awareness information commensurate with that which the Department of Defense (DoD) provides to its military and civilian personnel and their families, to the extent such information can be made available prior to travel outside the United States; and

(4) Obtain and comply with the most current antiterrorism/force protection guidance for Contractor and subcontractor personnel.

(c) The requirements of this clause do not apply to any subcontractor that is--

(1) A foreign government;

(2) A representative of a foreign government; or

(3) A foreign corporation wholly owned by a foreign government.

(d) Information and guidance pertaining to DoD antiterrorism/force protection can be obtained from HQ AFSFC/SFPA, Telephone DSN 945-7035/36 or Commercial (210) 925-7035/36.

(End of clause)


5552.216-9001   ECONOMIC PRICE ADJUSTMENT BASED ON ACTUAL COST OF FUEL – AIRLIFT (FEB 2009)

In order to protect the contractor and the government from significant market fluctuations in the price of fuel, an adjustment will be made based on actual costs incurred. Adjustments will be made as indicated below.

(a) Economic price adjustment (EPA) pursuant to this clause is limited to changes in the contractor's cost for fuel only.

(b) Allowable fuel adjustments will be made upward or downward only if the price of fuel varies by more than one cent per gallon from the base price established in the contract.

(1) When the average price per gallon paid by the contractor is greater than the established base price indicated above, the government will reimburse the contractor the difference between the price paid and the established base price.

(2) When the average price per gallon paid by the contractor is greater than the established base price, the government will reimburse the contractor the difference between the price of fuel paid and the established base price.

(3) When the average price per gallon paid by the contractor is below the established base price indicated above, the contractor will reimburse the government the difference between the price paid and the established base price. Under these circumstances, the contracting officer will issue a demand letter and funds will be reimbursed as directed.

(c) Reporting requirements for adjustments are as stated in the contract, but no later than 30 days after month's end.

(d) The actual average cost per gallon under this EPA clause shall be rounded to four decimal positions (e.g., $2.6308).

(e)  For the contracting officer to consider a request for adjustment, the contractor shall submit data that clearly supports the request for adjustment.  At a minimum, the contractor shall submit:  1) total mileage flown in performance of the USTRANSCOM contract 2) fuel costs associated with that performance, and 3) associated financial data or receipts, if requested by the Contracting Officer.

(f)  Fuel adjustments will be made using the CLIN titled Fuel EPA Reimbursable.  The following steps will be taken to determine the adjustment:

(1)  The contractor's fuel burn rate, established in the List of Aircraft in the contract, is multiplied by the total mileage flown in performance of the contract.  In the case of a substitute aircraft not listed in the schedule, the lower burn rate of the substitute aircraft or the aircraft normally used in performance of the contract shall be used.

(2)  The product is then multiplied by the difference between the average price per gallon paid and the established base price in the contract (also known as the variance).

Example:

Miles flown in support of the USTRANSCOM contract = 23,654

Burn rate for aircraft type (in schedule) = 4.21 gallons per mile

Base price of fuel established in the contract = $2.50

Actual average cost per gallon = $2.6308

Calculation:

Miles * Burn Rate * EPA Price Variance = Adjustment

23,654 * 4.21 = 99,583.34* $0.1308 = $13,025.50

(End of Clause)


**5552.216-9003   USTRANSCOM TASK AND DELIVERY ORDER OMBUDSMAN  (JUNE 2009)**

In accordance with FAR 16.505(b)(6), the individual identified below is designated as the USTRANSCOM Task and Delivery-Order Ombudsman.  The ombudsman is an independent official designated to review contractor complaints and to ensure contractors are afforded a fair opportunity to be considered, consistent with the procedures in the contract.  Consulting the ombudsman does not relieve the contractor from performance requirements in the contract, nor alter or postpone any timelines for any other processes.  Interested parties should first address their concerns, issues, disagreements, and/or recommendations to the contracting officer for resolution.  If resolution cannot be made by the contracting officer, concerned parties may contact:

Chief, Business Support/Policy Division
Telephone Number:  618-220-7021 FAX:  618-220-7959


**5552.247-9000 Air Safety.**

**AIR SAFETY (APRIL 2007)**

(a) Contractor is obligated to comply with generally accepted standards of airmanship, training, and maintenance practices and procedures. Contractor must also satisfy Department of Defense (DOD) quality and safety requirements as described in 32 CFR Part 861, Section 861.4. In addition, contractor shall comply with all provisions of applicable statutes, tenders of service, and contract terms as such may affect flight safety, as well as with all applicable Federal Aviation Administration (FAA) Regulations, Airworthiness Directives, Orders, rules, and standards promulgated under the Federal Aviation Act of 1958, as amended. Compliance with published standards may not, standing alone, constitute compliance with generally accepted standards of airmanship, training, or maintenance.

(b) The cleanliness and orderliness of an aircraft, including the visible components and surfaces thereof affect the ability to inspect an aircraft, may be valid indicators of the overall maintenance level of an aircraft, and may have a direct effect on the security and confidence of passengers. Therefore, contractor's failure to keep and maintain all such components and surfaces of the aircraft used in performance of this contract clean, orderly, and in good state of repair may be deemed a failure to comply with generally accepted standards of maintenance to the extent the failure goes beyond mere cosmetic or housekeeping deficiencies and relates in some manner to confidence in the safety, maintenance, or airworthiness of the aircraft.

(c) Should the government determine that any of the following conditions exist, it may suspend or place in temporary nonuse status contractor's further performance of airlift transportation services for the DOD:

(1) Contractor's failure to meet any of the obligations imposed by the preceding two paragraphs.

(2) Involvement of one of contractor's aircraft in a serious or fatal accident, incident, or operational occurrence (regardless of whether or not such aircraft is being used in the performance of this contract).

(3) Any other condition that affects the safe operation of contractor's flights hereunder.

(d) Such suspension shall be accomplished pursuant to the Department of Defense Commercial Air Transportation Quality and Safety Review Program (32 CFR Part 861), which is hereby incorporated in this contract by reference, or any procedures that supersede same which may be adopted by the Commander (United States Transportation Command) from time to time. The suspension procedures, including the temporary nonuse, reinstatement and appeals processes, set out therein, are binding, final, and conclusive. In no event shall suspension or temporary nonuse proceedings, regardless of outcome, give rise to any liability on the part of the government.

(e) Suspension or temporary nonuse hereunder resulting in unavailability of contractor aircraft to perform service under this contract shall be treated as failure to maintain authorization to engage in air transportation under the clause of the contract 5552.247-9001, "Requirement for Authorization to Engage in Air Transportation."

(End of Clause)

5552.247-9001    REQUIREMENT FOR AUTHORIZATION TO ENGAGE IN AIR TRANSPORTATION (AUG 2007) ALTERNATE II (AUG 2007).

(a) This contract is conditioned upon the Contractor (if the contractor is a team arrangement, applies to each team member) being an air carrier and holding a Certificate of Public Convenience and Necessity issued under Section 401 of the Federal Aviation Act (FAA of 1958, as amended), or otherwise authorized by the Department of Transportation (DOT) to engage in direct air transportation services, holding an Air Carrier's Operating Certificate issued by the FAA under Part 121 of the Federal Aviation Regulations (14 CFR 121) for airlift operated by the offeror, and participating in the CRAF, if applicable. Furthermore, the Contractor shall not be in a suspension or temporary nonuse status in accordance with clause 5552.247-9000, "AIR SAFETY."

(b) If at any time during the performance period of this contract the contractor is not in compliance with the requirements of paragraph (a) above, including, but not limited to, instances when the certificate demonstrating compliance with paragraph (a) above is (i) suspended by the pertinent regulatory body for any period of time even though the effect of the suspension is stayed pending review by a court of competent jurisdiction, (ii) canceled or revoked in its entirety by the pertinent regulatory body even though the effect of the cancellation or revocation is stayed pending review by a court of competent jurisdiction, or (iii) such certificate or interim operating authority has expired and has not been renewed, then the contracting officer may elect any one or a combination of the following courses of action:

(1) Suspend the contractor from further performance of all or any part of this contract until such time as the suspension, temporary nonuse, cancellation, or revocation shall have been finally set aside, removed, or otherwise terminated. The period of suspension of this contract will begin when the contracting officer notifies the contractor. Any flights that were scheduled to be flown during the time any such suspension is in effect will be canceled and the government's obligation reduced by all costs directly attributable to the canceled flights. Any such cancellation is not for the convenience of the government and will be accomplished at no cost to either party, and the substitute service provisions of this contract will not apply to such canceled flights.

(2) Exercise the government's rights under clause 5552..247-9002, "Contractor's Failure to Provide Service."

(3) Terminate this contract for cause in whole or in part under FAR clause 52.212-4, "Contract Terms and Conditions—Commercial Items."

(End of Clause)

5552.247-9002 Contractor's Failure to Provide Service.

CONTRACTOR'S FAILURE TO PROVIDE SERVICE (AUG 2008) - ALTERNATE II (APRIL 2007)

 (a) In the event the contractor's aircraft is unable to depart from any station, the government may invoke the remedies set forth in this clause, which will not constitute a termination under FAR clause 52.212-4, "Contract Terms and Conditions—Commercial Items." The rights and remedies provided in this clause are not exclusive, do not give rise to government liability for costs incurred, and are in addition to government rights and remedies provided by law or by this contract.

(b) Substitute Service. This term means substitution of an aircraft to replace contractor's aircraft, which is unable to perform the required services. If the contractor fails to make an aircraft available to perform services under the terms of the contract, the government may:

(1) Cancel the requirement for further performance of the defaulted flight or services. In that event, the government's obligation will be reduced by the costs directly attributable to the canceled flight or services.

(2) Require the contractor to obtain substitute service from another DOD-approved carrier to perform the services within such additional time as the contracting officer may allow. The contractor shall arrange for and pay directly all costs involved in performing the services by substitute aircraft. The government will pay the contractor the contract price for the services, irrespective of the amount the contractor pays for the substitute service. The substitute aircraft provided by the contractor must be of like type, must be configured in accordance with the applicable specifications, and must be approved by the contracting officer. In lieu of, or in addition to, providing the above substitute service, the contractor may, at his own expense, purchase the amount of space by common carriage or otherwise needed to transport the passengers or cargo from the defaulted flight. The contracting officer must approve purchase of such space. The government will pay the contractor the contract price for the services, irrespective of the amount the contractor pays for the space.

(3) Purchase substitute service from commercial sources. This may include use of substitute commercial aircraft or purchase of sufficient space to transport by common carriage or otherwise the passengers or cargo from the defaulted flight. In either event, the value of the service will be deducted from the contract minimum (if applicable). The contractor will not be paid for the defaulted flight but will be charged any amount in excess of the contract price that the government had to pay for the substitute service.

(4) Elect to either reschedule the defaulted flight to a later time or move the passengers and/or cargo, or any portion thereof, itself. In the latter event, the value of the service will be deducted from the contract minimum (if applicable). The contractor will not be paid for the defaulted flight but will be charged any amount in excess of the contract price that the government had to pay to transport the passengers and/or cargo.

(End of Clause)

LIST OF ATTACHMENTS

Attachment 1 – Performance Work Statement (PWS)

Attachment 2 – Aircraft Type Fill-In
Attachment 3 – Payment Information and Wide Area Work Flow (WAWF)
Attachment 4 – Security Controls and Template
Attachment 5 – DD254
Attachment 6 – Past Performance Questionnaire (PPQ)