**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AAR AIRLIFT GROUP, INC. | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:15-cv-00373-RDM |
| UNITED STATES TRANSPORTATION COMMAND, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**[PROPOSED] ORDER**

Upon consideration of the Motion of Summary Judgment and Memorandum in Support of Motion for Summary Judgment filed by plaintiff AAR Airlift Group, Inc. ("AAR"), and the entire record herein, it is by the Court this ____ day of _____, 2015:

**ORDERED** that AAR's Motion for Summary Judgment is **GRANTED**;

**ORDERED** that AAR's agreed pricing, as specified in Contract Line Items Numbers, for specific services required by defendant the United States Transportation Command ("USTC") in fulfillment of Contract Number HTC711-14-D-R026 ("Contract R026") is "commercial or financial information," the disclosure of which would violate the Trade Secrets Act;

**ORDERED** that USTC's proposed release of AAR's line-item pricing information, over AAR's objection, is "arbitrary and capricious" under the Administrative Procedure Act.

**ORDERED** that USTC is permanently enjoined from disclosing AAR's line-item pricing information.

It is **SO ORDERED**.

_____
RANDOLPH D. MOSS
United States District Judge

Date: _____, 2015